

7777 Bonhomme Avenue | Suite 1710
St. Louis, Missouri 63105
Tel 314-257-0301 | Fax 314-257-0325

Writer's Direct Contact:

COREY L. FRANKLIN
314-257-0301
cfranklin@fordharrison.com

May 6, 2021

**Filed Electronically via the ECF System**

Timothy M. O'Brien, Clerk of Court
Robert J. Dole Courthouse
500 State Avenue, Suite 259
Kansas City, KS 66101

      Re:    *National Nurses Organizing Committee - Missouri & Kansas/National Nurses United v. Midwest Division - MMC, LLC d/b/a Menorah Medical Center*
             Case No. 2:20-cv-02571-JAR-JPO
             Local Rule 7.1(f) – Defendant's Response to Plaintiff's April 29, 2021 Notice of Supplemental Authority

Dear Mr. O'Brien:

      Defendant submits this letter pursuant to Rule 7.1(f), in response to Plaintiff's April 29, 2021 Notice of Supplemental Authority. Therein, Plaintiff refers the Court to a recent ruling by the U.S. District Court for the Western District of Missouri, a case involving Plaintiff and a different hospital than the one before this Court. *See National Nurses Organizing Committee – Missouri & Kansas/National Nurses United v. Midwest Division – RMC, LLC d/b/a Research Medical Center, No. 4:20-CV-00903-SRB,* 2021 WL 1671676 (W.D. Mo. Apr. 28, 2021) (hereinafter the "Missouri Litigation"). Plaintiff asserts that the Missouri Litigation involves "issues identical to those in the above-captioned matter." ECF Doc. 32. Plaintiff is incorrect.

      Unlike the collective bargaining agreement ("CBA") in this case, the CBA at issue in the Missouri Litigation **lacks specific language** that "clearly excludes" disputes concerning supervisory, managerial, or other non-bargaining unit positions performing bargaining unit work from the grievance and arbitration provisions of the CBA. Here however, Article 19, Sections 1 and 2, of **the CBA at issue in this case contain specific language** that "clearly excludes" the Union's purported grievance from the grievance and arbitration provisions of the CBA. ECF Doc. 1 - Plt.'s Compl., Ex. A, pp. 19-20; ECF Doc. 28 pp. 22-24.

      Specifically, Section 1 of Article 19 (Management Rights) provides: "It is understood that **nothing in this Agreement shall preclude** persons employed in supervisory, managerial or other non-bargaining unit positions from performing bargaining unit work." ECF Doc. 1 - Plt.'s Compl., Ex. A, p. 20. Furthermore, Section 2 of Article 19 provides: "The Hospital's exercise of its reserved rights in Section 1 above **shall not be subject to the grievance and arbitration provisions of this Agreement**." *Id.*

      Therefore, Judge Bough's Order in the Missouri Litigation has no application to the dispute before the Court and should be disregarded in its entirety.

Mr. Timothy M. O'Brien
May 6, 2021

          Respectfully submitted,

          FORDHARRISON LLP

          /s/ *Corey L. Franklin*
          Corey L. Franklin, #78598
          Matthew B. Banocy, #78950
          7777 Bonhomme Avenue, Suite 1710
          St. Louis, MO 63105
          (314) 257-0305 – *Phone*
          (314) 257-0325 – *Fax*
          cfranklin@fordharrison.com
          mbanocy@fordharrison.com

          *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 6th day of May 2021, served a true and correct copy of the foregoing via the Court's electronic filing system and U.S. Mail upon the following counsel of record:

| | |
|---|---|
| Jason R. McClitis<br>Tel: 816-472-8883<br>Cell: 913-912-3212<br>jrm@blake-uhlig.com | Micah L. Berul<br>National Nurses Organizing Committee/<br>National Nurses United (NNOC/NNU)<br>155 Grand Ave.<br>Oakland, CA 94612 |
| Quinlan B. Moll<br>Tel: 913-321-8884<br>Cell: 417-655-1158<br>qbm@blake-uhlig.com | Tel: 510-273-2292<br>Fax: 510-663-4822<br>mberul@nationalnursesunited.org |
| Blake & Uhlig, P.A.<br>753 State Ave., Ste. 475<br>Kansas City, KS 66101 | |

*Attorneys for Plaintiff*

          /s/ *Corey L. Franklin*